*Ronaldo Designer Jewelry, Inc. v.*
*Turkoyz, Inc., Alan Weeks, Fran Weeks,*
*and John Does Numbers 1 through 99*
United States District Court for the Southern District of Mississippi, Jackson Division

## Verified Complaint - Exhibit Index

| Exhibit | Description |
|---|---|
| A | The Power of Prayer Bracelet |
| B | The Wide Power of Prayer Bracelet |
| C | Stackable Bracelet |
| D | Turkoyz Ad - Cable and Pearl Bracelet, Ribbed Cable Bracelets |
| E | Copyright Registration, The Ronaldo Collection |
| F | Copyright Registration, The Power of Prayer Bracelet |
| G | Copyright Registration Application, Gold Craft Fashions Catalog, Stackable Bracelet |
| H | Copyright Registration Application, Stackable Bracelet |