**EXHIBIT H**

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA          VAU

EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Stackable Bracelet

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2 a**

**NAME OF AUTHOR ▼**
Gold Craft Associates, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3 a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
Year ▶ 1991
This information must be given in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ April     Day ▶ 30     Year ▶ 1991
Nation ▶ _____

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ronaldo Designer Jewelry, Inc.
P.O. Box 27
Laconia IN 47135-0027

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼  VA 1 125-963    **Year of Registration** ▼  2001

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Area code and daytime telephone number  (    )      Fax number  (    )
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Ronaldo Designer Jewelry, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kyle Anne Citrynell    Date  11/06/12

Handwritten signature (X) ▼
X _____

**9 Certificate will be mailed in window envelope to this address:**
Name ▼  Kyle Anne Citrynell
Number/Street/Apt ▼  462 S. 4th St., 22nd Floor
City/State/Zip ▼  Louisville, KY 40202

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office-VA
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Full  Rev: 05/2012  Print: 05/2012—8,000  Printed on recycled paper    U.S. Government Printing Office: 2012-372-482/80,911



```
THIS DOCUMENT CONTAINS SECURITY FEATURES - THE PAGE HAS A COLORED BACKGROUND ON WHITE PAPER
```

SEILLER • WATERMAN LLC
GENERAL ACCOUNT
MEIDINGER TOWER, 22nd FLOOR
462 SOUTH FOURTH STREET
LOUISVILLE, KY 40202

REPUBLIC BANK & TRUST COMPANY
Republic Corporate Center
Louisville, Kentucky 40202-2700

21-131 / 830

094339
CHECK NO.

Sixty Five and 00/100 Dollars

PAY TO THE ORDER OF
United States Copyright Office
101 Independence Ave., S.E.
Washington, DC 20559-6000

DATE: 11/06/12
AMOUNT: $65.00

VOID AFTER 90 DAYS
AUTHORIZED SIGNATURE

```
THIS DOCUMENT IS PRINTED ON PAPER WHICH CONTAINS A TRUE WATERMARK - HOLD TO LIGHT TO VIEW
```

⑈094339⑈ ⑆083001314⑆ 54109663⑈

---

SEILLER • WATERMAN LLC                                                094339

Vendor: 7702    United States Copyri   11/06/2012

Filing fee      20121106    Application for Registration of         $65.00
                            Stackable Bracelet

                                                        Total:      $65.00

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA      VAU
EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

Stackable Bracelet

NATURE OF THIS WORK ▼ See Instructions

Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

---

THIS DOCUMENT CONTAINS SECURITY FEATURES – THE FACE HAS A COLORED BACKGROUND ON WHITE PAPER

SEILLER • WATERMAN LLC
GENERAL ACCOUNT
MEIDINGER TOWER, 22nd FLOOR
462 SOUTH FOURTH STREET
LOUISVILLE, KY 40202

REPUBLIC BANK & TRUST COMPANY
Republic Corporate Center
Louisville, Kentucky 40202-2700

21-131 3
630

CHECK NO.   094339

Sixty Five and 00/100 Dollars

DATE         AMOUNT
11/06/12     $65.00

PAY TO THE ORDER OF:
United States Copyright Office
101 Independence Ave., S.E.
Washington, DC 20559-6000

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

THIS DOCUMENT IS PRINTED ON PAPER WHICH CONTAINS A TRUE WATERMARK. HOLD TO LIGHT TO VIEW

RECEIVED
Public Information Office
NOV 07 2012
COPYRIGHT OFFICE

